UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

JOHN Z. WATSON and FREDA J. WATSON                                    PLAINTIFFS

V.                                                    CIVIL ACTION NO.1:07CV807 LTS-RHW

STATE FARM FIRE AND CASUALTY COMPANY, ET AL.              DEFENDANTS

### FINAL JUDGMENT AND ORDER OF DISMISSAL

In accordance with the Memorandum Opinion I have this day signed, it is

**ORDERED AND ADJUDGED**

That the motion [28] of State Farm Fire and Casualty Company for summary judgment is **GRANTED**;

That it is the final judgment of the Court that plaintiffs' action against State Farm Fire and Casualty Company should be and is hereby **DISMISSED**.

**SO ORDERED** this 7th day of August, 2008.

> s/ L. T. Senter, Jr.
> L. T. SENTER, JR.
> SENIOR JUDGE